UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re Case No. 10-30269-WRS
 Chapter 7
FRANCIS ROBERT CURRY
HEATHER CURRY,

 Debtors

DAVID MICHAEL NASH,

 Plaintiff
v. Adv. Pro. No. 10-3035-WRS

FRANCIS ROBERT CURRY,
HEATHER CURRY, and SOUTHLAND
INVESTIGATORS LLC,

 Defendants

## JUDGMENT

Pursuant to this Court's Memorandum of this date, and the agreement of the parties, judgment is entered in favor of Plaintiff David Michael Nash and against Defendants Francis Robert Curry and Heather Curry in the amount of $250,000. In addition, judgment is entered in favor of Plaintiff's counsel William K. Abell in the amount of $5,000. Both of these judgments are excepted from discharge pursuant to 11 U.S.C. § 523(a)(2).

Done this 12th day of May, 2011.

 /s/ William R. Sawyer
 United States Bankruptcy Judge

c: William K. Abell, Attorney for Plaintiff
 George W. Thomas, Attorney for Defendants